# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

AV 01 137755 27467H313 A**5DGT

EDWARD J GONZALEZ
PERSONAL BANKRUPTCY
CASE 82271280
42 E HALF HOLLOW RD
DIX HILLS NY 11746-6326

Page: 1 of 3
Statement Period: Jun 07 2022-Jun 30 2022
Cust Ref #: 4410734085-039-T-###
Primary Account #: XXXXXX4085

## Overdraft Policy Change Effective April 8, 2022

**If you didn't open this account, please visit https://www.td.com/us/en/personal-banking/security-center/for more information.**

The following changes apply only to Personal Checking Accounts and Money Market Accounts with check access:
TD is making changes to reduce Customer overdraft fees: Instead of charging an overdraft fee if you overdraw your account by greater than $10, you may now overdraw your account by up to $50 without TD charging you an overdraft fee.

## Chapter 11 Checking

EDWARD J GONZALEZ
PERSONAL BANKRUPTCY
CASE 82271280

Account # XXXXXX4085

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 1,645.44 |
| Deposits | 2,016.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,383.38 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 632.62 | Days in Period | 24 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/07 | DEPOSIT | 2,016.00 |
| | Subtotal: | 2,016.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *Y***2300374100 | 30.05 |
| 06/22 | CCD DEBIT, AMTRUST NA PAYMENT 34529470 | 753.80 |
| 06/28 | DEBIT CARD PURCHASE, *****30126358035, AUT 062722 VISA DDA PUR OLD NAVY US 6518    DEER PARK   * NY | 304.21 |
| 06/28 | DEBIT CARD PURCHASE, *****30126358035, AUT 062722 VISA DDA PUR VANS  0574    DEER PARK   * NY | 177.78 |
| 06/30 | ACH DEBIT, APTIVE LONG ISLA APTIVEERTL | 107.54 |
| 06/30 | ACH DEBIT, APTIVE LONG ISLA APTIVEERTL | 10.00 |
| | Subtotal: | 1,383.38 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EDWARD J GONZALEZ
PERSONAL BANKRUPTCY
CASE 82271280

Page: 3 of 3
Statement Period: Jun 07 2022-Jun 30 2022
Cust Ref #: 4410734085-039-T-###
Primary Account #: ████4085

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
| --- | --- | --- | --- |
| 06/07 | 0.00 | 06/22 | 1,232.15 |
| 06/07 | 2,016.00 | 06/28 | 750.16 |
| 06/17 | 1,985.95 | 06/30 | 632.62 |