## Schedule of Rents
June 2022

| Jackson Heights (3 Family) ||
|---|---|
| **Rent Collected** | **Expenses Incurred** |
| 1st Flr:  2800 | Water:   0 |
| 2nd Flr:  2550 | Taxes:   0 |
| 3rd Flr:  3150 | Insurance:   753.80 |
|  | Maintenance: 1,200 (to debtor) |
|  | Gas/Oil: 0 |
|  | Electric:   0 |
|  | Family Distribution: 0 |
|  | Repairs:   0 |
|  | Professional Fees: 0 |
| Total:   $8500 | Total: 1,953.80 |

| Brooklyn (8 Family) ||
|---|---|
| **Rent Collected** | **Expenses Incurred** |
| 1r:  1073 | Water:   0 |
| 1l:  1028 | Taxes:   0 |
| 2r:  1190 | Insurance: 0 |
| 2l:  1080 | Maintenance: 1,200 (to debtor) |
| 3r:  1080 | Gas/Oil: 0 |
| 3l:  1274 | Electric:   0 |
| 4r:  1174 | Family Distribution: 0 |
| 4l:  1066 | Repairs:   0 |
|  | Garbage:  210 |
|  | Legal Fees: 0 |
| Total:   $8965 | Total:   1410 |