Schedule of rents for July

Jackson Heights 3 family

| | |
|---|---|
| 1st FL:   2800 | Water:  0 |
| 2nd FL:  2550 | Taxes:  0 |
| 3rd FL:   3150 | Insurance: 753.80 |
| | Maintenance: 1,000 |
| | Gas/Oil:  0 |
| | Electric :  0 |
| | Family Distribution: 1,000 |
| | Repairs:  0 |
| | Legal fees: 0 |
| Total:   $8500 | Total:  $2,753.80 |

Brooklyn 8 Family

| | |
|---|---|
| 1r:  1073 | Water:  0 |
| 1l:  1028 | Taxes:  0 |
| 2r:  1190 | Insurance: 0 |
| 2l:  1088 | Maintenance: 1,090 |
| 3r:  1088 | Gas/Oil:  0 |
| 3l:  1274 | Electric:  0 |
| 4r:  1174 | Family Distribution:  0 |
| 4l: 1066 | Repairs:  0 |
| | Garbage: 210 |
| | Legal fees: 0 |
| Total: $8,981 | Total:  1,300 |