UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:


EDWARD J. GONZALEZ,                               Case No. 22-71289-AST

                                    Debtor(s)                Chapter 11
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Norma E. Ortiz, being duly sworn, state as follows:

1. I am over 18 years of age and not a party to this case.

2. On February 2, 2023, third-party vendor Certificateofservice.com and I served a copy of the following documents to the individuals and entities listed on the annexed service list by e-mail and regular mail:

First and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses for Ortiz & Ortiz, LLP as Debtor's Counsel


      I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: New York, New York

      Feb. 2, 2023

                                                                                               *s/Norma E. Ortiz*
                                                                                      Norma E. Ortiz
                                                                                      Ortiz & Ortiz LLP
                                                                                      287 Park Avenue So., Ste. 728
                                                                                      New York, New York  10010

Edward J. Gonzalez
22-71280-ast
Service List

| **Creditor or Interested Party** | **Method of Service** |
|---|---|
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE, FLOOR 01<br>MONROE LA 71203-4774 | Regular Mail |
| JUDAH MALTZ, Esq.<br>12510 QUEENS BLVD STE 12<br>KEW GARDENS NY 11415-1522 | Regular Mail |
| NYS DEPT OF TAX AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | Regular Mail |
| NEW YORK CITY ENVIRONMENTAL CONTROL BOARD<br>66 JOHN STREET<br>NEW YORK NY 10038-3724 | Regular Mail |
| ASSET ACQUISITION GROUP LLC<br>6851 JERICHO TURNPIKE<br>SUITE 190<br>SYOSSET NY 11791-4421 | Regular Mail |
| BENEFICIAL NEW YORK INC<br>961 WEIGEL DRIVE<br>ELMHURST IL 60126-1058 | Regular Mail |
| PARKING VIOLATIONS BUREAU<br>100 CHURCH STREET<br>NEW YORK NY 10007-2601 | Regular Mail |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Regular Mail |
| RAB PERFORMANCE RECOVERIES LLC<br>10 FOREST AVENUE<br>PARAMUS NJ 07652-5252 | Regular Mail |

| **Creditor or Interested Party** | **Method of Service** |
|---|---|
| THDCBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | Regular mail |
| US DEPARTMENT OF EDUCATION CO NELNET<br>121 SOUTH 13TH STREET<br>LINCOLN NE 68508-1904 | Regular mail |
| NATIONAL LOAN ACQUISITIONS CO<br>C/O DAVID A GALLO ASSOCIATES LLP<br>47 HILLSIDE Ave., 2D FLOOR<br>MANHASSET NY 11030-2229 | By email to rgoldstein@msgrb.com |
| CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS NV 89193-8875 | Regular mail |
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY UT 84131 | Regular mail |
| ASTORIA FEDERAL SAVINGS LOAN<br>3716 30TH AVENUE<br>ASTORIA NY 11103-4300 | Regular mail |
| DAVID LORBER ESQ<br>100 NORTH COUNTRY ROAD<br>EAST SETAUKET NY 11733-1354 | Regular mail |
| DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Regular mail |
| DISCOVER BANK<br>PO BOX 30939<br>SALT LAKE CITY UT 84130-0939 | Regular mail |
| EMPIRE PORTFOLIOS INC<br>199 CROSSWAYS PARK DR<br>WOODBURY NY 11797-2016 | Regular mail |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPIA PA 19101-7346 | Regular mail |

| Creditor or Interested Party | Method of Service |
|---|---|
| JOHN GONZALEZ<br>16 BROOKWOOD DRIVE<br>WHEATLEY HEIGHTS NY 11798-1006 | By email to private address |
| Edward J. Gonzalez<br>42 E. Half Hollow Rd.<br>Dix Hills, NY 11746 | By Email to private address |
| JOANNA GONZALEZ<br>16 BROOKWOOD DRIVE<br>WHEATLEY HEIGHTS NY 11798 | By Email to private address |
| PE-NC LLC<br>C/O RAVERT PLLC<br>16 Madison Square, FL 12, #369<br>New York, New York 10010 | By Email to gravert@ravertpllc.com |
| WILLIAM J BIRMINGHAM<br>OFFICE OF THE UNITED STATES TRUSTEE RE<br>560 FEDERAL PLAZA<br>CENTRAL ISLIP NY 11722 | By Email to William.Birmingham@usdoj.gov |
| MARK M. ALTSCHUL ESQ<br>18 EAST 12TH STREET<br>NEW YORK NY 10003-4458 | By Email to mark@altschul.biz |
| Diego Gonzalez<br>c/o JONATHAN E KROLL, Esq.<br>400 GARDEN CITY<br>PLAZA 435<br>GARDEN CITY NY 11530 | By Email to jkroll@jeklawyers.com |