UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:

Edward J. Gonzalez                                                    Case No.: 22-71280-AST

                                                      Chapter 11

                          Debtor.
--------------------------------------------------------X

## ORDER TO SHOW CAUSE

Debtor Edward J. Gonzalez is directed to show cause before the undersigned on **February 22, 2023, at 10:30 a.m.** why this case should not be dismissed under 11 U.S.C. Sections 105 and 1112 following Debtor's withdrawal of the motion for the sale of property under Section 363(b) and withdrawal of Debtor's counsel.

The hearing will be held on the ZOOM Platform. Instructions for participating in ZOOM hearings are located on the Court's website at www.nyeb.uscouts.gov.

All attorneys and unrepresented parties are required to register for hearings at least two (2) business days in advance of scheduled hearings by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl

Responsive papers, if any, must be filed with the Court no later than three (3) business days prior to the hearing date.



Dated: February 7, 2023
       Central Islip, New York                                                                 Alan S. Trust
                                                                    Chief United States Bankruptcy Judge