United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                          Case No. 22-71280-ast
Edward J. Gonzalez                                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8             User: admin             Page 1 of 1
Date Rcvd: Feb 07, 2023          Form ID: pdf000          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Edward J. Gonzalez, 42 E. Half Hollow Rd, Dix Hills, NY 11746-6326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary O Ravert | on behalf of Creditor PE-NC LLC gravert@ravertpllc.com gary.ravertpllc@gmail.com |
| Robyn Erica Goldstein | on behalf of Creditor Bank of America N.A., as servicer for NATIONAL LOAN ACQUISITIONS CO rgoldstein@msgrb.com, cgaliano@msgrb.com;cellis@msgrb.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| William J. Birmingham | william.birmingham@usdoj.gov |
| jonathan kroll | on behalf of Creditor Diego Gonzalez jkroll@jeklawyers.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

Edward J. Gonzalez                                              Case No.: 22-71280-AST

                                                      Chapter 11

                     Debtor.
--------------------------------------------------------X

## ORDER TO SHOW CAUSE

Debtor Edward J. Gonzalez is directed to show cause before the undersigned on **February 22, 2023, at 10:30 a.m.** why this case should not be dismissed under 11 U.S.C. Sections 105 and 1112 following Debtor's withdrawal of the motion for the sale of property under Section 363(b) and withdrawal of Debtor's counsel.

The hearing will be held on the ZOOM Platform. Instructions for participating in ZOOM hearings are located on the Court's website at www.nyeb.uscouts.gov.

All attorneys and unrepresented parties are required to register for hearings at least two (2) business days in advance of scheduled hearings by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl

Responsive papers, if any, must be filed with the Court no later than three (3) business days prior to the hearing date.



Dated: February 7, 2023
       Central Islip, New York

                                                        _____
                                                        Alan S. Trust
                                                        Chief United States Bankruptcy Judge