UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                    Chapter 11

Edward Gonzalez,                                               Case No.: 22-71280-AST

                                Debtor.
------------------------------------------------------------x

## ORDER DISMISSING CASE

On June 1, 2022, Debtor, Edward Gonzalez, filed a petition for relief under chapter 11 of the Bankruptcy Code. Debtor was represented by Norma E Ortiz of Ortiz & Ortiz, LLP ("Counsel") for most of the case.

Due to conflicts between Counsel and Debtor, Counsel sought permission to withdraw. That request was granted by Order dated January 26, 2023 [dkt item 54].

Counsel was allowed to submit a fee application, which was filed on February 2 (the "Fee Application") [dkt item 55].

On February 7, 2023, this Court issued an Order to Show Cause for Dismissal of Case ("OSC") [dkt item 58], directing Debtor to show cause why this case should not be dismissed.

On February 22, this Court held a hearing on the OSC and the Fee Application. Debtor stated he opposed the Fee Application but not dismissal. Due to Debtor's failure to properly prosecute this case, this Court directed that this case would be dismissed. Debtor and the United States Trustee ("UST") then were given until March 3 to file any written opposition, and the UST was given until March 3 to file a statement of unpaid fees. Counsel was given until March 13 to file a response to any objection to the Fee Application. Thereafter, all matters were placed submission.

On February 27, the UST filed a letter providing status of UST fees [dkt item 61]. Given

the actual and estimated minimal fee of $250.00 for the First Quarter of 2023, Debtor owed $500.67 in Quarterly Fees.

On March 3, Debtor filed an Objection to the Fee Application [dkt item 63].

On March 8, Counsel filed a response to Debtor's Objection.

Debtor remains pro se.

Based on the foregoing, the Court Orders that this case is dismissed for cause pursuant to Section 1112 effective as of March 30, 2023, Debtor shall pay the $500.67 in Quarterly Fees within ten days of entry of this Order, and that this Court shall retain jurisdiction over the Fee Application.



Dated: May 3, 2023
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge