ORTIZ & ORTIZ, L.L.P.
287 Park Avenue South, Ste. 728
New York, New York  10010
Tel. (718) 522-1117
Fax. (718) 596-1302
email@ortizandortiz.com
Norma E. Ortiz
*Pro Se*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re

EDWARD J. GONZALEZ,                                                    Case No. 22-71280-ast

                                                                                                      Chapter 11

                                       Debtor
---------------------------------------------------------X

## DECLARATION OF NORMA E. ORTIZ IN RESPONSE TO LETTER FILED BY EDWARD GONZALEZ AS ECF NUMBER 67

      Norma E. Ortiz hereby declares as follows:

### BACKGROUND

      1.      The Debtor filed a voluntary Chapter 11 petition on June 1, 2022 (the "Petition Date").  My firm was retained as counsel shortly before the sale of one of the parcels of property partially owned by the Debtor that is located in Jackson Heights.  The Debtor owns a partial interest in a property located in Brooklyn, his home in Dix Hills, and the Jackson Heights property.  The Debtor has informed the Court in writing that he filed his Chapter 11 petition to delay the sale of the Jackson Heights property so that he could attempt to refinance the property (the "Property").

      2.      I filed a Declaration on March 8, 2023 that sets forth the background and facts pertinent to the Debtor's opposition to my firm's fee application and the allegations he

made against me. [Ecf No. 64] Because this matter has taken a significant amount of time and resources from my firm, the Court, and the parties involved, I respectfully incorporate the background and facts set forth herein.

3. Upon information and belief, based upon my last communication with Gary Ravert, counsel to the secured creditor holding a mortgage on the Property, Mr. Gonzalez and his family have not refinanced the Property. The Court entered an order authorizing my firm's withdrawal as counsel on January 26, 2023. My firm has not rendered any services to the Debtor since on or about January 17, 2023.

4. When Mr. Gonzalez appeared before the Court at the fee application hearing and orally accused me personally of, among other things, lying to him, using scare tactics, acting in an unprofessional manner and hindering his efforts to obtain refinancing, I denied these allegations and requested that he be required to file a sworn Declaration or Affidavit in opposition to my firm's fee application. The Court granted my request and Mr. Gonzalez was directed to do so. On March 3, 2023, Mr. Gonzalez defied the Court's direction and filed an unsworn letter with the Court opposing my firm's fee application. [Ecf No. 63] I filed a Declaration in response to the objection under the penalty of perjury on March 8, 2023 under Ecf. No. 64. The Court conducted a hearing and reserved decision on my firm's fee application.

5. In response to Mr. Ravert's recent letter request for a status conference filed as Ecf No. 66, Mr. Gonzalez has – once again – chosen to file a repetition of his unsworn allegations against me and engage in a second attempt to malign my character and professionalism and restate his objection to my firm's fee application in a 25 page letter with 20 pages of exhibits. However, this time, there is no motion pending before the Court. Moreover, my firm can no longer be blamed by Mr. Gonzalez for his inability to obtain financing for the

Property.

6.       It would take my firm untold hours to discuss and refute Mr. Gonzalez's allegations and it would be patently unjust to require my firm to undertake the cost of responding to an unsworn document that was not properly filed before the Court. I request that the Court deny consideration of Mr. Gonzalez's second letter in its entirety.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: New York, New York
May 8, 2023

*S/Norma Ortiz*
Norma E. Ortiz
Ortiz & Ortiz L.L.P.
287 Park Avenue South, Ste. 213
New York, New York 10010
Tel. (718) 522-1117
*Pro se*
